# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES JEAN LOUIS <br><br> PLAINTIFF, <br><br> v. <br><br> RUIS INVENTORY SPECIALISTS, LLC <br><br> DEFENDANT. | CIVIL ACTION <br><br> No. 08-2662 |

March 3 , 2010

**ORDER**

And now, on this 3 of March of 2010, it is hereby **ORDERED** that defendant's motion to dismiss Counts I and II of the amended complaint pursuant to Federal Rule of Civil Procedure is **DENIED**.

/s/
Pollak, J.