IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES JEAN-LOUIS,<br><br>                Plaintiff,<br><br>  v.<br><br>RGIS INVENTORY SPECIALISTS, LLC,<br><br>                Defendant. | Civil Action<br><br>No.  08-2662 |

## ORDER

**AND NOW**, this 18th day of August, 2011, upon consideration of defendant's motion for summary judgment (Docket No. 52), plaintiff's opposition (Docket No. 54), defendant's reply memorandum (Docket No. 55), and the all the accompanying exhibits, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that defendant's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART** in accordance with the accompanying opinion as follows:

    1.    **DENIED** with respect to plaintiff's disparate treatment claim; and

    2.    **GRANTED** with respect to all other state and federal claims raised.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.